■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ADRIAN BROWN, Appellant. [620 NYS2d 988] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Koch, J.), rendered July 6, 1993, convicting him of criminal sale of a controlled substance in the third degree, criminal possession of a controlled substance in the third degree (two counts), and criminal possession of a controlled substance in the seventh degree (two counts), upon a jury verdict, and imposing sentence.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EUNICE BROWN, Appellant. [620 NYS2d 989] —Appeal by the defendant from a judgment of the Supreme Court, Queens County (Goldstein, J.), rendered May 12, 1993, convicting her of manslaughter in the first degree, upon her plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

Appellate review of the issue raised by the defendant was effectively waived by her as part of her plea bargain. Accordingly, the judgment of conviction is affirmed *(see, People v Callahan,* 80 NY2d 273; *People v Seaberg,* 74 NY2d 1). Mangano, P. J., Lawrence, Copertino, Krausman and Goldstein, JJ., concur.